UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 09-72-KSF

GUILLERMO HERRERA                                                 PLAINTIFF

v.                             **JUDGMENT**

CHURCHILL MCGEE, LLC, *et al.*                            DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \*

In accordance with the Opinion & Order entered contemporaneously with this Judgment, the Court hereby **ORDERS** and **ADJUDGES** as follows:

(1) the plaintiff's federal claims contained in Count 1 of the Complaint against the defendants are **DISMISSED WITH PREJUDICE** and the plaintiff shall take nothing thereby;

(2) the plaintiff's state law claims contained in Counts VI and VII against the defendants are **DISMISSED WITHOUT PREJUDICE**;

(3) Judgment is hereby entered in favor of the defendants;

(4) this matter is **DISMISSED** and **STRICKEN** from the active docket; and

(5) this Judgment is **FINAL** and **APPEALABLE** and no just cause for delay exists.

This April 13, 2010



**Signed By:**

*Karl S. Forester* KSF

**United States Senior Judge**